USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:____________________
DATE FILED: 07/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIVIAN PENA,

Plaintiff,

-v-

THE BRONX DEFENDERS,

Defendant.

---

25-cv-1424 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The post-discovery status conference originally scheduled for July 31, 2026 is adjourned. The Court will hold a telephonic status conference to address the request for an extension of the discovery deadlines at Dkt. No. 37 on July 28, 2026 at 4:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

The parties are directed to submit a revised case management plan and scheduling order providing for fact discovery to be completed in the month of September with the case being ready for trial in April 2027.

SO ORDERED.

Dated: July 21, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge